IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KYDAISHA BURTON,<br><br>    Plaintiff,<br><br>vs.<br><br>PHOEBE PUTNEY HEALTH SYSTEM, INC., d/b/a Phoebe Sumter Medical Center d/b/a Phoebe Putney Memorial Hospital, and d/b/a Phoebe Neonatology; PHOEBE SUMTER MEDICAL, INC.; PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., d/b/a Phoebe Memorial Hospital, and d/b/a Phoebe Neonatology; CARECONNECT HEALTH, INC., d/b/a Americus OBGYN; AJAY S. GEHLOT; KENNETH HEALEY, M.D.; ASHLEY WILSON, C.N.M.; CRYSTAL SETTLE, C.N.M.; JACK D. OWENS, M.D.; SIRLENA E. BROWN, N.P.; FLEMING BURROUGHS, M.D.; and Defendants "A" through "Z" whose identities are not yet known to Plaintiff but will be discovered in this action,<br><br>    Defendants. | Civil Action No. 1:20-CV-29 |

## NOTICE OF REMOVAL

**TO:**   The United States District Court for the Middle District of Georgia, Albany Division

PLEASE TAKE NOTICE THAT pursuant to 42 U.S.C. §§ 233(a) and 233(c) and on behalf of Defendants CareConnect Health, Inc., Kenneth Healey, M.D., Ashley Wilson, C.N.M, Crystal Settle, C.N.M., and Ajay S. Geholt, M.D. (hereinafter "PHS Defendants"); Charles E. Peeler, United States Attorney for the Middle District of Georgia by and through his designee, Assistant United States Attorney for the Middle District of Georgia Kevin D. Abernethy,

1

respectfully submits this Notice of Removal to remove this case from the Superior Court of Dougherty County, Georgia to the United States District Court for the Middle District of Georgia, Albany Division and in support and explanation thereof shows:

1. By removing this case on behalf of the PHS Defendants, the United States does not admit that they or it are subject to the jurisdiction of the Court or that they have been properly served.  The effect of removal is to simply establish that the suit against the PHS Defendants should have been filed in the United States District Court for the Middle District of Georgia and named only the United States as a Defendant in their stead.

2. The Superior Court of Dougherty County, Georgia, case in which the PHS Defendants are named is pending as Case Number SUCV2019001379, within the judicial district and division of this Court.  No trial has yet been had in this action.  Copies of the entire record in that action are attached to this Notice of Removal as Exhibit A, consisting of 624 pages as of February 7, 2020.

3. Discussed more fully hereinafter, Defendants CareConnect Health, Inc., Kenneth Healey, M.D., Ashley Wilson, C.N.M, Crystal Settle, C.N.M., and Ajay S. Geholt, M.D., all deemed employees of the Public Health Service (PHS), have had the Complaint in this case attempt to state a claim against them by the Plaintiff for actions they took while acting in that capacity in the course and scope of their employment.

4. The Plaintiff in the above-referenced Superior Court action seeks damages from the PHS Defendants, and others, for alleged negligent acts or omissions in the course and scope of their employment in providing care to Plaintiff Kydaisha Burton.

5. Congress has provided in 42 U.S.C. § 233(a) that the exclusive remedy for such a claim against a PHS Defendant is against the United States under 28 U.S.C. §§ 1346(b) and 2671 et seq., the Federal Tort Claims Act (FTCA) and 42 U.S.C. § 233(a).

6. Under the FTCA, only United States District Courts have jurisdiction over such claims as are made in the above-referenced Superior Court of Dougherty County, Georgia case against a PHS Defendant.

7. Congress has provided in 42 U.S.C. § 233(c) that such an action commenced in a State court shall be removed to the proper United States District Court upon certification by the Attorney General that a PHS Defendant was acting in the scope of his employment at the time of the incident out of which the suit arose. Under the allegations of the Plaintiff in the Superior Court of Dougherty County, Georgia, case, the proper United States District Court is the District Court for the Middle District of Georgia, Albany Division.

8. Also removed are the claims against the Defendants other than the PHS Defendants, over and against whom or which the United States District Court for the Middle District of Georgia shall have and exercise supplemental jurisdiction under 28 U.S.C. § 1367(a), unless and until the said Court shall direct to the contrary.

9. A copy of this Notice of Removal is being served upon all parties and the copy hereto will be filed with the Clerk of the Superior Court of Dougherty County, Georgia, pursuant to 28 U.S.C. § 1446(d), whereupon all further proceedings shall be in this Court.

WHEREFORE, the PHS Defendants pray that the action pending in the Superior Court of Dougherty County, Georgia, Case Number SUCV2019001379, be removed to this Court for such further proceedings as may be appropriate, under and pursuant to 42 U.S.C. § 233(c).

Respectfully submitted this 14th day of February, 2020.

                CHARLES E. PEELER
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA
                ATTORNEY FOR THE UNITED STATES
                AND THE PHS DEFENDANTS

By:   */s/ Kevin D. Abernethy*
      KEVIN D. ABERNETHY
      Assistant United States Attorney
      Georgia Bar No. 142310
      United States Attorney's Office
      Post Office Box 1702
      Macon, Georgia 31202-1702
      Telephone: 478/621-2690
      Facsimile: 478/621-2737

## CERTIFICATE OF SERVICE

I, Kevin D. Abernethy, Assistant United States Attorney, hereby certify that on the 20th of February, 2020, I electronically filed the foregoing **Notice of Removal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A.

I also certify that I have mailed by the United States Postal Service the documents (omitting Exhibit A because they have those documents) and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

William Stone
The Stone Law Group
P.O. Drawer 70
Blakely, GA 39823

Charles K. Wainright, II
Watson Spence LLP
320 Residence Avenue (31701)
P.O. Box 2008
Albany, GA 31702-2008

W. Brent Hyde
R. Henry Pittman, III
Hall Booth Smith, P.C.
1564 King Road
Tifton, GA 31794

This 20th day of February, 2020.

*/s/ Kevin D. Abernethy*
KEVIN D. ABERNETHY
Assistant United States Attorney