IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KYDAISHA BURTON, individually and as Mother, Next Friend and Natural Guardian of K.B., her minor child, et al., | * <br> <br> * <br>   Case No. 1:20-CV-29 (LAG) |
| Plaintiffs, | * |
| v. | * |
| PHOEBE PUTNEY HEALTH SYSTEM INC, et al., | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 18th day of March, 2020.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk