IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KYDAISHA BURTON, individually and as Mother, Next Friend and Natural Guardian of K.B., her minor child, et al.,<br><br>Plaintiffs,<br>v.<br><br>PHOEBE PUTNEY HEALTH SYSTEM, INC., et al.,<br><br>Defendants. | *<br>*<br>   Case No. 1:20-CV-029 (LAG)<br>*<br>*<br>* |

## J U D G M E N T

Pursuant to this Court's Order dated May 14, 2020, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Dougherty County, Georgia.

This 15th day of May, 2020.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk